IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH MCADAMS, JBM, LLC, FLORIAN HOMM, ABSOLUTE RETURN EUROPE FUND, LTD., THE LOYR FOUNDATIONS, EUROPE CATALYST FUND and RICHARD SMYTH,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP and ROBERT ALTENBACH,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:06-cv-01778-JTC |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and by stipulation of the parties, Plaintiffs Joseph McAdams; JBM, LLC; Florian Homm; Absolute Return Europe Fund, Ltd.; The Loyr Foundations; Europe Catalyst Fund; and Richard Smyth hereby voluntarily dismiss with prejudice all claims asserted in this action against Defendants Greenberg Traurig, LLP, and Robert E. Altenbach.

Each party is to bear its own costs and fees.

So ordered, this 13th day of January, 2009.

*Jack Camp*

The Honorable Jack T. Camp
Chief Judge, United States District Court

Stipulated to by:

/s/ Glenn A. Delk
Glenn A. Delk, Esq.
Georgia Bar No. 216950

LIGHTMAS & DELK
Suite 1150, The Peachtree
1355 Peachtree St. NE
Atlanta, GA 30309
404-876-3335 (Telephone)
404-876-3338 (Facsimile)

Attorneys for Plaintiffs

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N. E.
Atlanta, GA 30303
404-522-4700 (Telephone)
404-525-2224 (Facsimile)

Attorneys for Defendants